UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM *& Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                        RE:   Jerry Arbert POOL
                        Docket Number:  2:09CR00015-01
                        <u>CONTINUANCE OF JUDGMENT
                        AND SENTENCING</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from February 17, 2012, to March 23, 2012 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** A continuance is requested as additional time due to workload demands.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

Talia Katz

TALIA KATZ
United States Probation Officer

**FILED**

JAN 13 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

REVIEWED BY:

Jeffrey C. Oestreicher
Supervising United States Probation Officer

Dated:    January 10, 2012
             Sacramento, California
             TK/mc

Attachment

RE: Jerry Arbert POOL
Docket Number: 2:09CR00015-01
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved

_____  1/11/12
**EDWARD J. GARCIA**
**Senior United States District Judge**  Date

___ Disapproved

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:09CR00015-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Jerry Arbert POOL, | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 03/23/2012 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 03/16/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 03/09/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 03/02/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 02/24/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 02/10/2012 |