1 DANIEL J. BRODERICK, #89424
  Federal Defender
2 DENNIS S. WAKS, BAR #142581
  Supervising Assistant Federal Defender
3 801 I Street, 3rd Floor
  Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
  JERRY ARBERT POOL
6

**FILED**

JUL 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

2 cert
cop to usm

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )  CR.S. 09-015 EJG
                                    )
10              Plaintiff,          )  STIPULATION AND [PROPOSED]
                                    )  ORDER TO CONTINUE SELF SURRENDER
11      v.                          )  DATE
                                    )
12  JERRY ARBERT POOL,              )
                                    )  Judge:  Edward J. Garcia
13              Defendant.          )

14 _____

15

16      It is hereby stipulated and agreed to between the United States of

America through MICHELLE PRINCE, Assistant United State Attorney, and
17
defendant, JERRY ARBERT POOL, by and though his counsel, DENNIS S.
18
WAKS, Supervising Assistant Federal Defender, to the following:
19
        1.   On May 4, 2012, this defendant was sentenced to the custody of
20
the Bureau of Prisons for a term of 37 months imprisonment and he has a
21
self surrender date of Friday, July 6, 2012.
22
        2.   On June 29, 2012 and July 3, 2012, our office contacted the
23
United States Marshals Office and the Federal Bureau of Prisons and
24
there is still no designation for Mr. Pool.  They are currently waiting
25
for a medical facility to house Mr. Pool.
26
        3.   Defense counsel has been in contact with Assistant United
27
States Attorney, Michelle Prince, who has no objection to continuing
28

1

the defendant's self surrender date.  Mr. Pool agrees to remain under
Pretrial Services Supervision until he voluntarily surrenders to the
Bureau of Prison facility.  Pretrial Services has been advised of this
request.  Mr. Pool is 70 years of age and he has no prior criminal
record.

Therefore, it is agreed that the defendant's self surrender date
of Friday, July 6, 2012, be continued to Friday, July 20, 2012,     at
2:00 p.m.

DATED: July 3, 2012                Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/  Dennis S. Waks
                                   _____
                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
                                   Attorney for Defendant
                                   JERRY POOL

DATED: July 3, 2012                BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/  Dennis S. Waks for
                                   _____
                                   MICHELLE PRINCE
                                   Assistant U.S. Attorney

                                   **O R D E R**

              **IT IS SO ORDERED.**

DATED: ___July 5,___ , 2012.       _____
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE